UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.B.E.,

        Plaintiff,

    v.

Kristi L.A. Noem, Secretary of the United States Department of Homeland Security; Angelica Alfonso-Royals, Acting Director of United States Citizenship and Immigration Services; Ted H. Kim, Associate Director of the Refugee, Asylum and International Operations Directorate of the United States Citizenship and Immigration Services, and Danielle Lehman, Director of the San Francisco Asylum Office,

        Defendants.

No. 2:25-cv-01119-JHC

ORDER

    Before the Court is Plaintiff's Motion to Proceed Under Pseudonym. Dkt. # 3. The Court GRANTS the motion for the reasons stated therein. The case will proceed under Plaintiff's pseudonym.

//

//

Order
Page **1** of **2**

1       DATED this 30th day of June, 2025.

2

3

4                                        John H. Chun
                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26